# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-169 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ROBERT D. HARVEY, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Harvey et al.*, case number 2:18-cr-00169-JCM-NJK-1.

On December 17, 2018, defendant Robert D. Harvey filed a motion requesting that the court reschedule his sentencing hearing. (ECF No. 64). Defendant represents that his counsel will be out of this jurisdiction and has an evidentiary hearing in a different case during the days preceding the sentencing hearing. *Id.* Good cause appearing, the court will grant defendant's motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to continue (ECF No. 64) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant's sentencing hearing is rescheduled to March 14, 2019, at 10:30 a.m.

DATED December 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**